# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRENDA McCRAY, o/b/o B.M., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-209-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Upon consideration of Defendant's unopposed *Motion for Extension* (Doc. #13, filed September 4, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before October 6, 2008**.

Done this 4th day of September, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE